# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:20-mj-15 |
| SERGIO MANUEL SANCHEZ, | |
| Defendant. | |

## DEFENDANT'S STATEMENT REGARDING APPEARANCE BY ELECTRONIC MEANS

COMES NOW, Sergio Manuel Sanchez, the Defendant in the above-styled case and hereby shows this Honorable Court as follows:

1.

Defendant has been advised by counsel that the Court has set or will set this matter down for an Initial Appearance hearing. Defendant understands that the Court is authorized to conduct this hearing by electronic means due to the national emergency associated with the global spread of Coronavirus Disease 2019 (COVID-19).

2.

Defendant further understands that the Court will conduct this hearing by electronic means only if Defendant consents to having the hearing by electronic means. If Defendant consents to holding the hearing by electronic means, all participants, including Defendant, the judge, counsel, and any witnesses will appear electronically by video teleconference (VTC) or, if video teleconference is not reasonably available, by telephone.

3.

Defendant understands that Defendant may withhold consent and insist that the hearing be held in person. If Defendant does not consent to holding the hearing by electronic means, the Court will not schedule the hearing until some uncertain date in the future when the Court can safely conduct an in-person hearing. If Defendant does not consent to having the hearing by electronic means, the Court will not hold that refusal against Defendant.

4.

Defendant, as evidenced by his signature below, acknowledges that he has been advised by counsel of the right to be physically present at every stage of this case, including his initial appearance hearing. Defendant also acknowledges that he has the right to see and confront all witnesses against him. Defendant's attorney, as evidenced by signature below, has explained the same to Defendant. Defendant further acknowledges that he has had the assistance of counsel in reading and understanding this document.

**CHOOSE ONE OF THE FOLLOWING:**

 Defendant **CONSENTS** to the Court conducting the above-referenced hearing by electronic means and consents to appearing for the above-referenced hearing by electronic means. Defendant freely and voluntarily waives the right to be physically present in Court at the above-referenced hearing scheduled by the Court. Defendant consents to proceeding by video teleconference (VTC) and further agrees that in the event video teleconference (VTC) is not reasonably available or becomes unavailable during the hearing, the Court may proceed with conducting the hearing by telephone conference; and Defendant agrees and consents to proceed in the electronic manner provided by the Court. Defendant acknowledges that counsel has explained the Court's

procedures for appearing by electronic means to Defendant, and Defendant understands the limitations inherent with proceeding electronically.

☐ Defendant **DOES NOT CONSENT** to the Court conducting this hearing by electronic means. Defendant understands and agrees that the Court will not schedule the hearing until a date some uncertain in the future, when an in-person hearing can be safely conducted.

Signed this _14th_ day of _July_, 2020.

_____
Sergio Manuel Sanchez -Defendant

_____
Mario Pacella -Counsel for Defendant